**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 (Involuntary) |
| | : | |
| Archimedean Solutions LLC, | : | Case No.: 22-10599-lgb |
| | : | |
| Alleged Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER DISMISSING INVOLUNTARY CHAPTER 11 CASE

Upon the motion (the "Motion") [ECF No. 4] of BDJ Equities LLC ("BDJ"), a non-petitioning creditor of the above-captioned alleged debtor (the "Alleged Debtor") seeking entry of an order dismissing the involuntary chapter 11 petition filed against the Alleged Debtor (the "Involuntary Petition") [ECF No. 1] by Emberly Capital, LLC (the "Petitioning Creditor"); and upon the Declaration of Judah Wassner [ECF No. 5] and the exhibits annexed thereto, and the Declaration of Jeffrey Fleischmann [ECF No. 6] and the exhibits annexed thereto; upon the Declaration of Steven J. Rosenberg in Response to BDJ Equities LLC's Motion to Dismiss Involuntary Case [ECF No. 8]; and upon consent of the Petitioning Creditor to dismissal of the Involuntary Petition; and due and proper notice of the Motion having been provided; and no other or further notice needing to be provided; and a hearing on the Motion having been held before this Court on June 16, 2022 (the "Hearing"); and upon the record of the Hearing; and upon the record of all of the proceedings held before the Court in connection with the above-captioned case; and after due deliberation and sufficient cause therefor, it is hereby

ORDERED, that the Alleged Debtor's above-captioned involuntary chapter 11 case is dismissed, with each party hereto to bear their own costs; and it is further

ORDERED, that the Court of the Clerk is directed to close the chapter 11 case.

Dated: New York, NY
June 16th, 2022

**/s/ Lisa G. Beckerman**
UNITED STATES BANKRUPTCY JUDGE